UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

NOAH A DAVIS,

    Plaintiff,

v.                                  Case No. 3:22-cv-823-BJD-LLL

ROBERT W. MALLEY,
individually and MICHELLE
COOK, in her official capacity as
Sheriff of Clay County, Florida,

    Defendants.
_____/

## ORDER OF DISMISSAL

This matter is before the Court on the Joint Motion to Dismiss with Prejudice (Doc. 24; Motion) filed on April 10, 2023, which the Court has construed as a Joint Stipulation of Dismissal. In the Motion, the parties request that this case be dismissed with prejudice. See Motion at 1. Accordingly, it is hereby

**ORDERED**:

1. The Joint Motion to Dismiss with Prejudice (Doc. 24) is **GRANTED**.

2. This case is **DISMISSED with prejudice.**

3. Each party shall bear its own costs and fees.

- 2 -

4. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE** and **ORDERED** in Jacksonville, Florida this 11th day of April 2023.

BRIAN J. DAVIS
United States District Judge

cs
Copies to:

Counsel of Record